AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**
APR 2 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

**WAIVER OF INDICTMENT**

CASE NUMBER 08-078

I, _MARINA CONCEPCION MONTIEL_, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _APRIL 23, 2008_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Date*

_marina montiel_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_