U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA

v.

Marina Concepcion Montiel,
    Defendant.

Case No. 08-0078

**FILED**

APR 23 2008

Clerk, U.S. District and
Bankruptcy Courts

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __23rd__ day of __April 2008__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __A date convenient to both parties__ by __FBI S/A Sean Ryan and Al Tenuta__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __Federal Bureau of Investigation__ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __FBI S/A Sean Ryan Al Tenuta__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

                 Richard J. Leon
              Judge (U.S. Magistrate)

DOJ USA-16-1-80