UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No.: 1:08-cr-00078-RJL |
| Plaintiff | : |
| vs. | : |
| MARINA CONCEPCION MONTIEL, | : |
| Defendant | : |

FILED
APR 2 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## LINE TO ENTER APPEARANCE AS CO-COUNSEL

Please enter the appearance of Robert W. King as co-counsel with Leslie D. Silverman, P.C. and Leslie D. Silverman, Esquire, for the Defendant, Marina Concepcion Montiel, in the above referenced matter.

Robert W. King
9111 Edmonston Road
Suite 402
Greenbelt, Maryland 20770
301-474-2815

Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23th day of April 2008 a copy of the foregoing Line to Enter Appearance was hand delivered to Ellen Chubin Epstein, and Susan Beth Menzer, U.S. Attorney's Office.

Robert W. King