## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| vs. | * | DOCKET NO.: 1:08cr078-01 |
| **MARINA CONCEPCION MONTIEL** | * | |

### UNOPPOSED MOTION TO CONTINUE

COMES NOW, Marina Concepcion Montiel, Defendant herein, by and through Leslie D. Silverman, Esquire, and Leslie D. Silverman, P.C., and files this Unopposed Motion to Continue, and in support, states as follows:

1. That on April 23, 2008, defendant was released on personal recognizance with pretrial supervision. As a condition of her release, she was ordered to report to pretrial services, by telephone, weekly; maintain her employment and address; and surrender her passport. The defendant has remained in compliance of all conditions of her release according to the Presentence Investigation Report prepared by Michael Penders, United States Probation Officer.

2. That the sentencing in this matter is scheduled for September 8, 2008 at 4:00 p.m.

3. That undersigned counsel is pregnant and was originally scheduled to have cesarean section surgery on or about September 24, 2008.

4. That undersigned counsel was informed on August 27, 2008 that it is medically necessary that she have cesarean section surgery on September 8, 2008.

5. That undersigned counsel is a sole practitioner and does not have an associate available to stand in on her behalf in this matter.

6. That undersigned counsel will be on maternity leave immediately

following the birth of her child on September 8, 2008, for a period of two (2) months.

    7.       That this is the first continuance requested in this matter.

    8.       That a continuance would not prejudice any of the parties.

    9.       That the prosecuting attorney, Susan B. Menzer, does not oppose this continuance request.

WHEREFORE, Marina Concepcion Montiel, by and through Leslie D. Silverman, Esquire, and Leslie D. Silverman, P.C., respectfully requests this Court continue the sentencing in this matter currently scheduled for September 8, 2008 at 4:00 p.m., for approximately sixty (60) days, so that undersigned counsel can complete her maternity leave, and for such other and further relief as this Court deems just and proper.

                                        Respectfully submitted,

                                        _____

                                        Leslie D. Silverman, Esquire
                                        Leslie D. Silverman, P.C.
                                        4704 Hollywood Road
                                        College Park, MD  20740
                                        (301) 441-9000
                                        Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify, this 3rd day of September, 2008, that a copy of the foregoing Unopposed Motion for Continuance was mailed, via first-class mail, postage prepaid, to Ellen Chubin Epstein/Susan B. Menzer, 555 4th Street, N.W., Washington, D.C. 20530, and Michael Penders, United States Probation Officer, 333 Constitution Avenue, N.W., Room 2800, Washington, D.C.  20001.

                                        _____
                                        Leslie D. Silverman

Case 1:08-cr-00078-RJL   Document 10   Filed 09/03/2008   Page 3 of 3